IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BILLY HAND,

    Plaintiff,

v.                                        CASE NO.  5:07cv258-RH/MD

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER AFFIRMING COMMISSIONER'S DENIAL OF BENEFITS

This case is before the court on the magistrate judge's report and recommendation (document 19), the objections (document 21), and the response to the objections (document 22).  I have reviewed *de novo* the issues raised by the objections.  Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The Commissioner's decision denying benefits is AFFIRMED.  The clerk must enter judgment and close the file.

    SO ORDERED on October 3, 2008.

                                                      s/Robert L. Hinkle
                                                      Chief United States District Judge